## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois .  Western Division

IN RE:                                                    CHAPTER 13
HOLLY A. POLVERE
CARMEN J. POLVERE                                         CASE NO. 13-80020

### <u>NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS</u>

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    PNC Mortgage**                     **Court claim #: 12**

**Last four digits** of any number used to identify the debtor's account: 0146

---

*Final Cure Amount*

Amount of Prepetition Arrears          $4587.94  (Per Confirmed Plan dated 1/4/13)


Amount Paid by Trustee                 $4587.94

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐    Thru the Chapter 13 Plan          ☒    Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).


Dated:  2/7/18                         /s/Lydia S. Meyer
                                       Lydia S. Meyer, Trustee
                                       308 W. State St., Suite 212
                                       Rockford, IL  61101

### <u>Certificate of Service</u>

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 7th Day of <u>February, 2018</u>

Dated:  2/7/18                         /s/Cynthia K. Burnard

PNC MORTGAGE
BANKRUPTCY DEPARTMENT
3232 NEWMARK DRIVE
MIAMISBURG, OH 45342

PNC MORTGAGE
249 FIFTH AVE.
ONE PNC PLAZA
PITTSBURGH, PA  15222

HOLLY A. POLVERE
CARMEN J. POLVERE
1814 THUROW ST.
SYCAMORE, IL  60178

ATTORNEY RICHARD G. LARSEN
KLEIN, STODDARD, BUCK & LEWIS LLC
2045 ABERDEEN COURT
SYCAMORE, IL  60178